# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JUDITH CHASE; OLLEN ROGERS;
and JOSEPH NELSON,**

    **Plaintiffs,**

**vs.**                                                    **1:06-CV-044-SPM/AK**

**CITY OF GAINESVILLE and
ALACHUA COUNTY SHERIFF'S
OFFICE,**

    **Defendants.**
_____/

## ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

**THIS CAUSE** comes before the Court upon the motion for an extension of time in which to file a responsive pleading (doc. 19) filed May 16, 2006 by Defendant Alachua County Sheriff's Office. Defendant requests an extension until June 5, 2006 in which to respond to the complaint and motion for injunctive relief, citing as grounds the complexity of the case and a delay in receiving certain materials. Plaintiffs oppose the granting of the motion unless, in the interim, the Sheriff's Office would agree not to enforce the statutes at issue in this case (Florida Statutes sections 316.2045 and 337.406). The Sheriff's Office has responded that it is charged with enforcing the law and, as such, cannot agree to refrain from doing so.

    In spite of this disagreement, the Court finds the extension of time to be

appropriate, noting that defendant City of Gainesville has been afforded an extension of time to June 1, 2006 to respond. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for extension of time (doc. 19) is hereby *granted*.

2. The responsive pleadings to the complaint and motion for preliminary injunction shall be filed on or before ***June 1, 2006***.

**DONE AND ORDERED** this seventeenth day of May, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge