IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JUDITH CHASE; OLLEN ROGERS;**
**and JOSEPH NELSON,**

    Plaintiffs,

vs.                                       1:06-CV-044-SPM/AK

**CITY OF GAINESVILLE and**
**ALACHUA COUNTY SHERIFF'S**
**OFFICE,**

    Defendants.

_____/

**ORDER ACKNOWLEDGING STIPULATION AND DISMISSING MOTION FOR PRELIMINARY INJUNCTION**

**THIS CAUSE** comes before the Court upon the "Stipulation" (doc. 51) filed June 27, 2006, in which Plaintiffs and the City of Gainesville announce that they have resolved issues raised in Plaintiffs' motion for preliminary injunction (doc. 5). Counsel for Plaintiffs has indicated that an amended motion for preliminary injunction will be filed, as will an amended motion for oral argument and evidentiary hearing.

Based on this representation, it is

**ORDERED AND ADJUDGED** as follows:

1.     The stipulation (doc. 51) is hereby acknowledged.

2.     The motion for preliminary injunction and request for oral argument and

evidentiary hearing (docs. 5 and 45) are hereby *dismissed*.

**DONE AND ORDERED** this <u>fifth</u> day of July, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge